```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/14/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAZE D. THOMAS,

                Plaintiff,

-against-

SHAWN CARTER, ROBERT WILLIAMS, GABRIELLE WILSON, and A.K.A. YOUNG THUG,

                Defendants.

21 Civ. 8682 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On January 20, 2022, Plaintiff filed a motion for the recusal of the Honorable Jed S. Rakoff. ECF No. 7. Because this case was reassigned to the undersigned on October 26, 2021, the motion for recusal is DENIED as moot.

      On January 28, 2022, Plaintiff filed a motion asking the Court to recognize that, in his amended complaint, he placed information related to his "relief" under the heading for "injuries," and vice versa, as was indicated by arrows informing the Court of this error. *See* ECF Nos. 5, 11. The Court understood the meaning of the arrows swapping the headings for the information Plaintiff provided. This motion is, therefore, DENIED as moot.

      On February 24, 2022, Plaintiff filed a motion asking for an extension of time to file a notice of appeal from the Court's January 25, 2022 order dismissing Plaintiff's claims. *See* ECF Nos. 9, 11. On that same day, Plaintiff filed his notice of appeal. ECF No. 12. Because Plaintiff filed his notice of appeal within thirty days of the Court's order, *see* Fed. R. App. P. 26(a)(1), this motion is DENIED as moot.

      The Clerk of Court is directed to terminate the motions pending at ECF Nos. 7, 10, and 11. The Clerk of Court is further directed to mail a copy of this order to Plaintiff *pro se*.

      SO ORDERED.

Dated: March 14, 2022
       New York, New York

                                              ANALISA TORRES
                                  United States District Judge